UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.     23-MJ-8589-RMM

IN RE: SEALED ARREST WARRANT
_____/

FILED BY SP D.C.

Dec 4, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## UNITED STATES OF AMERICA'S MOTION TO SEAL AND MAINTAIN EVIDENCE

COMES NOW, the United States of America, by and through its undersigned attorney, and respectfully requests that the Criminal Complaint, Cover Sheet, Penalty Sheet, Bond Recommendation and Arrest Warrant, all of which are dated December 4, 2023, this Motion to Seal, and any resulting Order be SEALED until the subject of said documents is arrested, excepting the United States Attorney's Office and Law Enforcement Personnel, which may obtain copies of any of the sealed documents, and this Motion to Seal, and any resulting Order, for purposes of executing the Arrest Warrant, for the reason that the integrity of the ongoing investigation might be compromised should knowledge of this Arrest Warrant become public.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:  /s/ Gregory Schiller
GREGORY SCHILLER
Assistant United States Attorney
Florida Bar No. 0648477
U.S. ATTORNEY'S OFFICE - SDFL
500 S. Australian Ave., Suite 400
West Palm Beach, Florida 33401
(561) 209-1045
Gregory.Schiller@usdoj.gov