UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. **23-MJ-8589-RMM**

IN RE: SEALED ARREST WARRANT

_____/

FILED BY **SP** D.C.
Dec 4, 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## SEALING ORDER

THIS CAUSE is before the Court on the United States of America's Motion to Seal. Being fully advised, IT IS HEREBY ORDERED that the Criminal Complaint, Cover Sheet, Penalty Sheet, Bond Recommendation and Arrest Warrant, all of which are dated December 4, 2023, this Motion to Seal, and any resulting Order be SEALED until the subject of said documents is arrested. However, the United States Attorney's Office or any other relevant law enforcement agency may obtain copies of any of the sealed documents for purposes of executing the arrest warrant.

DONE AND ORDERED in chambers in West Palm Beach, Florida, this **4** day of December 2023.

_____
HONORABLE RYON M. MCCABE
UNITED STATES MAGISTRATE JUDGE

cc: AUSA Gregory Schiller