## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 23-MJ-8589-RMM

**UNITED STATES OF AMERICA**

**v.**

**MICHAEL GORDON DOUGLAS**

_____/

### UNITED STATES' *EX PARTE* MOTION TO UNSEAL PROCEEDINGS

Plaintiff, the United States of America, respectfully requests that the Court enter an Order unsealing these proceedings and all filings and Orders in this case. This matter was filed under seal on December 4, 2023. At the government's request, the Court entered an Order Sealing Proceedings, which sealed this action and all filings therein until "the subject of said documents is arrested."

The Defendant was arrested on December 12, 2023, in the Southern District of California. The government requests that the Court enter an Order unsealing these proceedings. A proposed order accompanies this motion.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:     __*s/Gregory Schiller*_____
GREGORY SCHILLER
ASSISTANT UNITED STATES ATTORNEY
Fla. Bar No. 0648477
500 S. Australian Ave., Suite 400
West Palm Beach, FL 33401
Office: (561) 209-1045
Email: Gregory.Schiller@usdoj.gov