UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-MJ-8589-RMM

**UNITED STATES OF AMERICA**

v.

**MICHAEL GORDON DOUGLAS**
_____/

### ORDER UNSEALING PROCEEDINGS

THIS CAUSE comes before the Court on the United States' *Ex Parte* Motion to Unseal Proceedings. The Court finds that, by the terms of the Court's Order Sealing Proceedings, this action is now unsealed as the Defendant has been arrested on December 12, 2023. It is therefore hereby:

**ORDERED and ADJUDGED** that the United States' *Ex Parle* Motion to Unseal Proceedings is GRANTED. The Clerk shall promptly unseal all filings in this case and place them in the public record.

**DONE AND ORDERED** at West Palm Beach, Florida, this 13th day of December, 2023.

_____
RYON M. McCABE
UNITED STATES MAGISTRATE JUDGE

cc: AUSA Gregory Schiller